Morris Becker, as Administrator, etc., v. Anna Merovitz and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before the 26th day of April, 1929.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Bessie E. Arnold v. Ray H. Arnold.— Motion to dismiss appeal denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Herman Falkenstein, Inc., v. Charles Counselman.— Motion to dismiss appeal denied.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Ann Toner v. Winston W. Ehrgott and Another.— Motion to dismiss appeal denied.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Samuel Blau v. Ida Buchler, as Executrix, etc.— Application denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

George Vincent v. Busy Bee Stores, Inc.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.  ·

Christopher Sherry v. Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company.— Application denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Adolph Heimlich and Another v. Henry A. Rosner and Others, Impleaded with Philip Richman.— Application denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Joseph Bossolino and Another v. Robert Libow and Another.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Sarah Cohen v. Reuben Pure Food Shop, Inc.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Catherine Kelly v. John Garcia, Impleaded with Evets Service, Inc.— Application denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Arthur Ochs, Doing Business, etc., v. John F. Daniell.— Application denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Mary Campbell, as Administratrix, etc., v. Elsie S. Holding Co., Inc., Impleaded, etc.— Motion for leave to appeal denied, with ten dollars costs, and motion for a stay granted upon appellant's filing undertaking required by section 593 of the Civil Practice Act.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Charles I. Goldman, as Treasurer, etc., v. Wile Importing Company.— Motion denied, with ten dollars costs.   Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.